UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KISHYNE LIVAS** | * | CIVIL ACTION NO. _____ |
| | * | |
| VERSUS | * | DIVISION: |
| | * | |
| **UNITED FINANCIAL CASUALTY COMPANY** | * | DISTRICT JUDGE: |
| **RAISER, LLC** | * | |
| **AND** | * | MAGISTRATE: |
| **UBER TECHNOLOGIES, INC** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PETITION FOR REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, **UNITED FINANCIAL CASUALTY COMPANY**, who files this Petition for Removal of the State Court action described below:

1.

This action has been brought in Civil District Court for the Parish of Orleans, State of Louisiana, by the filing of a Petition for Damages on January 20, 2022. The action brought in Civil District Court for the Parish of Orleans bears Docket No. 2022-00552, Section "M", and is entitled, "Kishyne Livas v. United Financial Casualty Company, et al." (Exhibit "A").

2.

This is a civil action arising out of a motor vehicle accident which took place on January 20, 2020, in the parish of Orleans, State of Louisiana. Plaintiff, Kishyne Livas, alleges she was a guest passenger in a vehicle operated by Lyle Dennis in the right lane of Mirabeau Drive when an unknown vehicle entered their lane of travel from the left lane, striking the Dennis vehicle and knocking it into a guardrail. (Exhibit "A").

3.

This Court has diversity jurisdiction over this matter under 28 U.S.C. §1332 since this action involves a controversy which is between citizens of different states; and upon information and belief, the amount in controversy exceeds the sum of $75,000.00.

4.

Plaintiff, Kishyne Livas, is alleged to be and is domiciled in the State of Louisiana.

5.

Defendant, United Financial Casualty Company, is incorporated in the State of Ohio with its principle place of business in the State of Ohio.

6.

Defendant, United Financial Casualty Company, has been sued in its capacity as uninsured motorist carrier for Lyle Dennis.

7.

Defendant, Raiser, LLC, is incorporated in the State of Delaware with its principle place of business in the State of California.

8.

Defendant, Uber Technologies, Inc., is incorporated in the State of Delaware with its principal place of business in the state of California.

9.

This is a civil action over which this Court has original jurisdiction pursuant to provisions of 28 U.S.C. §1332.  As demonstrated above, there is complete diversity as to all parties and the amount in controversy is believed to exceed the sum of $75,000.00 due to Plaintiff's recommendation for a two-level anterior cervical discectomy and fusion.

10.

Petitioner does not intend to state nor admit in this removal pleading that Plaintiff is entitled to any recovery of damages and does not judicially admit that the damages in this matter are more than $75,000.00.  However, that does not mean that the matter in controversy as claimed by Plaintiff does not exceed the sum or value of $75,000.00.

11.

United Financial Casualty Company was served with Plaintiff's Petition for Damages on May 3, 2022. Accordingly, less than thirty (30) days have elapsed since Plaintiff's Petition for Damages was served upon United Financial Casualty Company.

12.

In accordance with the foregoing, United Financial Casualty Company desires to have this case removed to this Honorable Court pursuant to the provisions of 28 U.S.C.§1441-1447.

13.

Petitioner reserves the right to object to the jurisdiction of State Court proceedings should this Court ultimately hold that this action was not removable or improperly removed.

14.

Simultaneous with the filing of this Petition for Removal, written Notice of Removal is being given to all adverse parties and a copy of this Petition and Removal will be filed with the Clerk of Court for Civil District Court for the Paris of Orleans, State of Louisiana, to effect a removal of this civil action to this Honorable Court, as provided by law.

**WHEREFORE**, Petitioner, **UNITED FINANCIAL CASUALTY COMPANY,** prays that the above numbered and entitled cause of action pending on the docket of the Civil District Court for Parish of Orleans, State of Louisiana, be removed from that Court to the docket of the United States District Court for the Eastern District of Louisiana.  Petitioner further prays for a trial by jury on all issues and for all general and equitable relief as the nature of this case may permit.

Respectfully submitted,

**HEBBLER & GIORDANO, L.L.C.**

BY:   s/Charles V. Giordano
      **CHARLES V. GIORDANO (#22392)**
      giordano@hebblergiordano.com
      **DIANNA DUFFY WILLEM (#36438)**
      willem@hebblergiordan.com
      **BRIAN T. HILL (#36873)**
      hill@hebblergiordano.com
      3501 N. Causeway Boulevard, Ste. 400
      Metairie, LA   70002
      **PH: (504) 833-8007**
      **FX: (504) 833-2866**
Attorneys for Defendant:
**UNITED FINANCIAL CASUALTY COMPANY**

## **C E R T I F I C A T E**

      I HEREBY CERTIFY that on May 25, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Robert Ferrier, Jr.<br>FERRIER LAW FIRM<br>10001 Lake Forest Blvd., Ste. 408<br>New Orleans, LA 70127<br>rjferrierlaw@gmail.com<br>Attorney for Plaintiffs | Travis Wilkinson<br>Taylor Wellon Politz & Duhe<br>1555 Poydras Street, Suite 2000<br>New Orleans, Louisiana 70112<br>twilkinson@twpdlaw.com<br>Attorney for Defendants, Raiser, LLC and Uber Technologies, Inc. |

                         s\Charles V. Giordano
                         **CHARLES V. GIORDANO**