FILED
2022 JAN 20 P 04:03
CIVIL
DISTRICT COURT

M
Section 13

**ORLEANS CIVIL DISTRICT COURT**

**STATE OF LOUISIANA**

**NO.** **DIVISION "___"** **DOCKET NO.**

**KISHYNE LIVAS**

**VERSUS**

**UNITED FINANCIAL CASUALTY COMPANY, RAISER, LLC, AND UBER TECHNOLOGIES, INC.**

**FILED:** ________________________ __________________________________
**DEPUTY CLERK**

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes the plaintiff, **KISHYNE LIVAS,** persons of full age residing in Orleans Parish, Louisiana, who files the present Petition for Damages, and respectfully avers as follows:

1.

Made defendants herein are:

a. **UNITED FINANCIAL CASUALTY COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana which at all times relevant hereto had in effect a policy of underinsured/uninsured motorist coverage insuring Lyle Dennis and/or Uber Technologies, Inc. as he acted at the direction of and in the course and scope of his employment, agency, or otherwise with Uber Technologies, Inc. and authorized to do and doing business in the State of Louisiana,

b. **RAISER, LLC.,** a foreign company and wholly owned subsidiary of Uber Technologies, Inc. authorized to do and doing business in the State of Louisiana.

c. **UBER TECHNOLOGIES, INC., a** foreign company authorized to do and doing business in the State of Louisiana.

2.

Venue is proper in Orleans Parish as all the wrongful conduct occurred in this Parish, La. C.C.P. Art. 74.

3.



VERIFIED
Amber Sheeler
2022 JAN 21 A 08:56

E-Filed

FILED
2022 JAN 20 P 04:03
CIVIL
DISTRICT COURT
M
Section 13

Said Defendants are liable unto the Plaintiffs for such damages as are reasonable in the premises, together with legal interest from the date of judicial demand and all costs of these proceedings for the following reasons, to-wit:

4.

On January 20th, 2021, at about 5:55 pm, Plaintiff **KISHYNE LIVAS** was a passenger in a vehicle driven by Lyle Dennis. Dennis was within the course and scope of his employment, agency, joint venture or otherwise as an Uber driver with, for, and/or at the direction of **UBER TECHNOLOGIES** and **RASIER, LLC.**

5.

Mr. Dennis was operating his vehicle while logged into the Uber Rideshare Application and proceeding west in the right lane on Mirabeau Drive near its intersection with Pratt Drive. Without warning, an unknown vehicle struck from the left lane knock Mr. Dennis' vehicle into the guard rail, then fled the scene.

6.

Because the at-fault vehicle fled the scene, no valid insurance policy could be found making United Financial Casualty Company policy of UM Insurance primary.

7.

As a result of the above-described collision, the Plaintiff suffered debilitating injuries.

8.

Plaintiffs avers that at the time of this accident, **UNITED FINANCIAL CASUALTY COMPANY** automobile insurance carrier, under a policy of insurance, was the uninsured motorist carrier of **UBER TECHNOLOGIES**. Therefore, **UNITED FINANCIAL CASUALTY COMPANY** is liable to the petitioner for the full extent of the damages.

9.

That as a result of the accident, the Plaintiff sustained severe and debilitating injuries to the mind and body, for which he was forced to seek medical treatment.

10.

That as a direct and proximate result of the negligence and/or fault of Defendants, your Plaintiff seeks damages for the following:

a) Past, present and future medical expenses;

b) Past, present and future physical pain and suffering and loss of function;



E-Filed

2022-00552
M
Section 13
FILED
2022 JAN 20 P 04:03
CIVIL
DISTRICT COURT

c) Past, present and future mental anguish and emotional distress;

d) Lost wages and diminished earning capacity;

e) Loss of enjoyment of life;

f) Special care and services and;

g) Other such damages as will be shown through discovery and/or at trial of this matter.

**DEMAND and PRAYER**

11.

**WHEREFORE**, Plaintiff prays that Defendants be duly cited and served with a copy of this Petition for Damages, to appear and answer same and, after all legal delays and due proceedings are had herein, that there be judgment in favor of your Plaintiffs **KISHYNE LIVAS** against Defendants **FINANCIAL CASUALTY INSURANCE COMPANY, UBER TECHNOLOGIES, INC., and RAISER, LLC.,** jointly, severally and *in solido*, in a full and true sum calculated to compensate the Plaintiff for the damages complained of herein, along with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief.

Respectfully submitted,

Robert Ferrier Jr

**Robert J. Ferrier, Jr. (No. 34214)**
**Ferrier Law Firm**
10001 Lake Forest Boulevard, 408
New Orleans, LA 70127
Telephone: (504) 302-2999
Facsimile: (504) 355-1516



E-Filed

2022-00552

FILED
2022 JAN 20 P 04:03
CIVIL
DISTRICT COURT

M

**Please Serve:**

Section 13

Hold Service



E-Filed

2022-00552
M
Section 13

FILED
2022 JAN 20 P 04:03
CIVIL
DISTRICT COURT

**ORLEANS CIVIL DISTRICT COURT**

**STATE OF LOUISIANA**

**NO.** **DIVISION " ___ "** **DOCKET NO.**

**KISHYNE LIVAS**

**VERSUS**

**UNITED FINANCIAL CASUALTY COMPANY, RAISER, LLC, AND UBER TECHNOLOGIES, INC.**

**RE UEST FOR WRITTEN NOTICE OF ASSIGNMENT AND WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED**

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to give me, as counsel for the named Plaintiffs written notice, by mail, at least ten (10) days in advance of any date fixed for any trial or hearing in this case, whether on Exceptions, Motions, Rules, or trial on the merits.

In accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are also requeste d to send me notice of any Order or Judgment in this cause upon the entry of such Order or Judgement.

THUS DONE AND SIGNED in New Orleans, Louisiana on this 20TH day of January, 2022.

**RESPECTFULLY SUBMITTED:**

Robert Ferrier Jr

**Robert Ferrier, Jr. (Bar #34214)**
**10001 Lake Forest Boulevard, 408**
**New Orleans, LA 70127**
**Phone: 504-302-2999**
**Fax: 504-355-1516**



E-Filed

FILED
2022 JAN 20 P 04:03
CIVIL
DISTRICT COURT



Section 13

The Ferrier Law Firm, LLC

10001 Lake Forest Boulevard, Suite 408
New Orleans, LA 70127
Phone: 504-302-2999 Fax: 504-302-2999

January 20th. 2021

**Via: Orleans Civil District Court Website**
Clerk of Court
Orleans Civil District Court
421 Loyola Avenue
New Orleans, LA 70112

Re: Kishyne Livas vs. United Financial Casualty Company, et. al

Attached you will find a civil cover sheet, *Petition for Damages , Jury Order, Request for Written Notice of Assignment, and Written Notice of Any Order or Judgment Made or Rendered,* which we would like to request that your office file into the record and issue service as requested.

Please do not hesitate to give us a call if you have any ques tions or require additional information.

Sincerely,

*Robert Ferrier, SP*

Robert Ferrier
Attorney at Law

E-Filed