UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KISHYNE LIVAS** | * **CIVIL ACTION NO.: 2:22-cv-01480** |
| | * |
| **VERSUS** | * **JUDGE ELDON FALLON** |
| | * |
| **UNITED FINANCIAL CASUALTY CO.,** | * **MAG. JUDGE DONNA CURRAULT** |
| **RAISER, LLC, and UBER** | * |
| **TECHNOLOGIES, INC.** | * |

**************************************************************************

## RASIER, LLC AND UBER TECHNOLOGIES, INC.'S
## RULE 12(B)(6) MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Defendants, Uber Technologies, Inc. ("UTI") and Rasier, LLC ("Rasier"), (collectively "Defendants"), who pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move this Court for dismissal of all claims against them. For the reasons more fully set forth in the accompanying Memorandum in Support, the Plaintiff's Petition for Damages fails to state any viable claim against the Defendants upon which relief can be granted.

WHEREFORE, Defendants pray that their Motion be granted and that the Court dismiss all claims against Defendants, with prejudice.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Respectfully submitted,

*/s/ Travis B. Wilkinson*

Paula M. Wellons, La. Bar No. 19028
Travis B. Wilkinson, La. Bar No. 28806
TAYLOR, WELLONS, POLITZ & DUHE, LLC
1555 Poydras Street, Suite 2000
New Orleans, Louisiana 70112
Telephone:  (504) 525-9888
Facsimile:  (504) 525-9899
**Counsel for Uber Technologies, Inc. and Rasier, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Pleading has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record in this matter via the electronic filing system. I further certify that I mailed the forgoing document and notice of electronic filing by first-class mail to all counsel of record who are not participants in the CM/ECF system on this 3rd day of June 2022.

                                                */s/ Travis B. Wilkinson*

                                         TAYLOR, WELLONS, POLITZ & DUHE, LLC